

**ORDERED in the Southern District of Florida on October 9, 2020.**

_____

**Mindy A. Mora, Judge**
**United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In Re:                                            Case No: 18-16026-MAM

                                                  Chapter 13

SUSAN KENNEDY STORMS
SSN:   XXX-XX-4328
                          Debtors/
_____

**ORDER GRANTING**
**MOTION FOR SALE OF PROPERTY (HOMESTEAD PROPERTY)**

THIS CAUSE came to be heard before the court's chapter 13 consent calendar on October 8, 2020 at 1:00pm upon Debtor's Motion for Sale of Property (Homestead Property) (ECF# 90) and being that there are no objections, it is

ORDERED:

1. The Debtor's Motion for Sale of Property (Homestead Property) (ECF# 90) is

    **GRANTED**;

2. Debtor's real property is located at 217 12th Avenue North Lake Worth, FL 33460 with a Legal Address of:

LEGAL DESCRIPTION: LOT 8, BLOCK 356, LAKE WORTH FORMERLY THE PALM BEACH FARMS COMPANY PLAT NO. 2 LUCERNE TOWNSITE ACCORDING TO THE PLAT RECORDED IN PLAT BOOK 2, PAGE 29 AS RECORDED IN THE PUBLIC RECORDS OF PALM BEACH COUNTY, FLORIDA, SAID LAND SITUATE, LYING AND BEING LOCATED IN PALM BEACH COUNTY, FLORIDA;

3. Pursuant to Federal Rules of Bankruptcy Procedure 4003 no objection to claimed exemptions regarding the above described property were filed and thus the property constitutes homestead property;

4. The funds received from the sale shall be distributed to pay off any mortgages, liens or closing costs, remaining funds will be leftover for the Debtor;

5. Debtor shall hold funds in a segregated account and use funds to purchase a new homestead property;

6. The Debtor shall provide the Trustee with copies of all closing documents and amended schedules pertaining to the sale no later than (5) days following the closing;

7. The 14-day stay as provided in Bankruptcy Rule 6004(h) shall be waived and the order shall become effective immediately;

8. An order discharging the Debtor will be issued in the normal course upon completion of the confirmed plan;

###

Submitted By:

BRIAN J. COHEN, Esq.
The Cohen Law Firm, P.A., 1700 University Drive, Suite 210, Coral Springs, FL 33071

Tel: 954-346-1400; Fax: 954-346-0400 *Brian J. Cohen is directed to serve copies of this order on the appropriate parties and file a certificate of service for this order.*